■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MASON, Also Known as HERMAN GRANT, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered March 19, 1976, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence. Judgment affirmed. No opinion. Titone, Suozzi and Margett, JJ., concur; Hopkins, J. P., concurs in the result on the constraint of *People v Newton* (61 AD2d 1051).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY MUSCATO, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Richmond County, imposed June 6, 1977. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Richmond County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Martuscello, Latham and Damiani, JJ., concur.